**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Michael Gerhardt

                        Plaintiff,

v.                                                 Case No.: 1:08–cv–02619
                                                     Honorable Wayne R. Andersen

Officer Carden, et al.

                        Defendant.

**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Susan E. Cox for the purpose of holding proceedings related to: discovery supervision.(tsa, )Mailed notice.

Dated: July 15, 2008

                                                                             /s/ Wayne R. Andersen

                                                                            United States District Judge