AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL GERHARDT,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICER CARDEN #14, OFFICER ROBINSON #20, OFFICER RODMAN #16, and the VILLAGE OF FLOSSMOOR,<br><br>    Defendants.<br><br>To: Officer Carden #14<br>c/o Village of Flossmoor Police Department<br>2800 Flossmoor Road<br>Flossmoor, Illinois 60422 | No.     08CV2619<br><br>Judge     JUDGE ANDERSEN<br>Magistrate Judge<br>    MAGISTRATE JUDGE COX |

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

> HORWITZ, RICHARDSON & BAKER LLC
> 20 S. Clark St. Suite 500
> Chicago, IL 60603
> Ph (312) 676-2100

an answer to the complaint which is herewith served upon you, \_\_\_\_\_20\_\_\_\_\_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____      _____
(By) Deputy Clerk                                                     Date

**Michael W. Dobbins, Clerk**

*/s/ Paula Harrison*                                               **May 7, 2008**
--------------------------------                                    --------------------------------------
**(By) DEPUTY CLERK**                                                   Date

08 CV 2619

AO 440 (Rev. 05/00) Summons in a Civil Action

### RETURN OF SERVICE

Service of the Summons and complaint was made by me[(1)]   Date: 6/11/08

NAME OF SERVER (PRINT): LAURA POHL   TITLE: Process Server

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left Copies thereof at the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of Person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☒ Other specify: P.O. Carden #14 c/o Sandy Leach 6/11/08 @ 2:00pm Flossmoor Police Dept. 2800 Flossmoor Rd Flossmoor Illinois 60422

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on 6/11/08

Signature of Server: Laura Pohl

Address of Server: Metro Service, 4647 W. 103rd Street, #1E, Oak Lawn, IL 60453

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.