AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL GERHARDT,<br><br>　　Plaintiff,<br><br>　　v.<br><br>OFFICER CARDEN #14, OFFICER ROBINSON #20, OFFICER RODMAN #16, and the VILLAGE OF FLOSSMOOR,<br><br>　　Defendants.<br><br>To: Officer Robinson #20<br>c/o Village of Flossmoor Police Department<br>2800 Flossmoor Road<br>Flossmoor, Illinois 60422 | No.　　08CV2619<br><br>Judge<br>Magistrate Judge　JUDGE ANDERSEN<br><br>　　MAGISTRATE JUDGE COX |

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

　　　　HORWITZ, RICHARDSON & BAKER LLC
　　　　20 S. Clark St. Suite 500
　　　　Chicago, IL 60603
　　　　Ph (312) 676-2100

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____　　　　　　　_____
(By) Deputy Clerk　　　　　　　　　　　　　　　　　　　Date


**Michael W. Dobbins, Clerk**
*/s/ Paula Harrison*
------------------------------
(By) DEPUTY CLERK

**May 7, 2008**
------------------------------
Date

08CV2619

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | Date 6/11/08 |
| NAME OF SERVER (PRINT) LAURA POHL | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left Copies thereof at the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of Person with whom the summons and complaint were left:_____

☐ Return unexecuted: _____

☒ Other specify: P.O. Robinson c/o Sandy Leach 6/11/08 @ 2:00pm Flossmoor Police Dept. 2800 Flossmoor Rd Flossmoor IL 60422

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on 6/11/08
Date

Signature of Server: Laura Pohl

Address of Server: Metro Service, 4647 W 103rd Street, #1E, Oak Lawn, IL 60453

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.