AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL GERHARDT,<br><br>　　Plaintiff,<br><br>　　v.<br><br>OFFICER CARDEN #14, OFFICER ROBINSON #20, OFFICER RODMAN #16, and the VILLAGE OF FLOSSMOOR,<br><br>　　Defendants. | No.　　08CV2619<br><br>Judge　　JUDGE ANDERSEN<br>Magistrate Judge<br>　　MAGISTRATE JUDGE COX |

To: Village of Flossmoor
c/o Village Clerk
2800 Flossmoor Road
Flossmoor, Illinois 60422

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

HORWITZ, RICHARDSON & BAKER LLC
20 S. Clark St. Suite 500
Chicago, IL 60603
Ph (312) 676-2100

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____　　　_____
(By) Deputy Clerk　　　　　　　　　　　　　　　　　　　　　　　Date

Michael W. Dobbins, Clerk

_/s/ Paula Harrison_
-----------------------------------
(By) DEPUTY CLERK

May 7, 2008
-----------------------------------
Date



08 cv 2619

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | Date 6/11/08 |
| NAME OF SERVER (PRINT) LAURA POHL | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left Copies thereof at the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of Person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☒ Other specify: Village of Flossmoor ¢c Bridget Wachtel @ 2:00pm 6/11/08
Village Clerk - 2800 Flossmoor Road
Flossmoor IL 60422

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on 6/11/08
Date

Signature of Server: Laura Pohl

Address of Server: Metro Service
4647 W. 103rd Street
Oak Lawn, IL 60453

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.