# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                              Case Number: 08 CV 2619
Michael Gerhardt
    Plaintiff
v.
Officer Carden, Officer Robinson, Village of Flossmoor
    Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Michael Carden, Stan Robinson and the Village of Flossmoor, a municipal corp.

| | |
|---|---|
| NAME (Type or print) <br> Richard L. Jones | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Richard L. Jones | |
| FIRM <br> RYAN, SMOLENS & JONES | |
| STREET ADDRESS <br> 180 N. LaSalle Street -- Suite 2303 | |
| CITY/STATE/ZIP <br> Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06190482 | TELEPHONE NUMBER <br> (312)372-3800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |