## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Case Number: 08 CV 2619

Michael Gerhardt
   Plaintiff

v.

Officer Carden, Officer Robinson, Village of Flossmoor
   Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Michael Carden, Stan Robinson and the Village of Flossmoor, a municipal corp.

| | |
|---|---|
| **NAME (Type or print)** <br> Richard T. Ryan | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ Richard T.Ryan | |
| **FIRM** <br> RYAN, SMOLENS & JONES | |
| **STREET ADDRESS** <br> 180 N. LaSalle Street -- Suite 2303 | |
| **CITY/STATE/ZIP** <br> Chicago, IL  60601 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** <br> 06190482 | **TELEPHONE  NUMBER** <br> (312)372-3800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☑   NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |