IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL GERHARDT, | ) | |
| | ) | No.   08 CV 2619 |
| Plaintiff, | ) | |
| | ) | Judge Andersen. |
| | ) | |
| | ) | Magistrate Judge Cox |
| VILLAGE OF FLOSSMOOR, a | ) | |
| a municipal corporation, | ) | <u>Jury</u> <u>Demanded</u> |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:   Mr. Blake Horwitz
   Horwitz, Richardson & Baker, LLC
   20 S. Clark, Suite 500
   Chicago, IL 60603

   PLEASE TAKE NOTICE that on July 31, 2008 at 9:00 a.m., the undersigned will present before the Honorable Judge Wayne R. Andersen, Room 1403, 219 South Dearborn, Chicago, Illinois, **Defendant's Motion for Leave to File Answer Instanter**, a true and correct copy of which was electronically filed this date.

   /s/ Mark F. Smolens
   Attorney for Defendants

**AFFIDAVIT OF SERVICE**

   I, the undersigned on oath state that I caused a true and correct copy of the above-listed motion to be electronically filed (and served by mail on the plaintiff's attorney) this 22nd day of July, 2008.

   /s/Mark F. Smolens

**RICHARD T. RYAN**
**MARK F. SMOLENS**
**RYAN, SMOLENS & JONES**
**180 North LaSalle Street --Suite 2303**
**Chicago, Illinois 60601--(312) 372-3800**