## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL GERHARDT, | ) | |
| | ) | No.   08 CV 2619 |
| Plaintiff, | ) | |
| | ) | Judge Andersen. |
| | ) | |
| | ) | Magistrate Judge Cox |
| VILLAGE OF FLOSSMOOR, a | ) | |
| a municipal corporation, | ) | <u>Jury</u> <u>Demanded</u> |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

TO:   Mr. Blake Horwitz
    Horwitz, Richardson & Baker, LLC
    20 S. Clark, Suite 500
    Chicago, IL 60603

    PLEASE TAKE NOTICE that on July 30, 2008, the undersigned caused to be filed electronically with the Clerk of the District Court for the Northern District of Illinois, **Defendants' Answer,** a  true and correct copy of which was electronically filed this date.

                             /s/ Mark F. Smolens
                            Attorney for Defendants

### AFFIDAVIT OF SERVICE

    I, the undersigned on oath state that I caused a true and correct copy of the above-listed motion to be electronically filed (and thereby served upon all counsel of record this 30th day of July, 2008.

                             /s/Mark F. Smolens

**RICHARD T. RYAN**
**MARK F. SMOLENS**
**RYAN, SMOLENS & JONES**
**180 North LaSalle Street**
**Suite 2303**
**Chicago, Illinois 60601**
**(312) 372-3800**