IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL GERHARDT,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICER CARDEN #14, OFFICER ROBINSON #20, OFFICER RODMAN #16, and the VILLAGE OF FLOSSMOOR,<br><br>    Defendants. | JUDGE ANDERSON<br>MAGISTRATE JUDGE COX<br>No. 08-c-2619 |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

JOINT STATUS REPORT

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an enotice of the electronic filing to the following:

Blake Wolfe Horwitz     bhorwitz@hrbattorneys.com, lobh@att.net, mpizarro@erlaw.net, mpizarro@hrbattorneys.com, ovirola@hrbattorneys.com

Richard L. Jones     ryansmolensjones@hotmail.com

Abbas Badruddin Merchant     amerchant@hrbattorneys.com

Elliot S. Richardson     erichardson@erlaw.net, eadame@hrbattorneys.com, mpizarro@erlaw.net, npeters@erlaw.net, ovirola@hrbattorneys.com, rsorg@erlaw.net

Richard T. Ryan     ryansmolensjones@hotmail.com

Mark F. Smolens     ryansmolensjones@hotmail.com

Rachelle M. Sorg     rsorg@erlaw.net

                                        s/ Erica Faaborg
                                        Erica Faaborg, Esq.
                                        Horwitz, Richardson, and Baker, LLC
                                        20 S. Clark, Suite 500

1

Chicago, IL 60603  
Tel: 312-676-2100  
Fax: 312-372-7076  
efaaborg@hrbattorneys.com

2