UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Michael Gerhardt
                        Plaintiff,

v.                                                       Case No.: 1:08–cv–02619
                                                             Honorable Wayne R. Andersen

Officer Carden, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 11, 2008:

      MINUTE entry before the Honorable Susan E. Cox: Status hearing held 8/11/08. Rule 26(a)(1) disclosures to be made by 8/18/08. Fact discovery deadline set for 1/15/09. Plaintiff to disclose experts by 2/15/09. Defendants to disclose their experts. The parties were advised that if they wish to schedule a settlement conference to contact chambers. Status hearing set for 1/21/09 at 9:30 a.m. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.